No. 04–8851. MANNING v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 04–8873. GARCIA-PLANCARTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8877. GALEANA-FLORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8909. YOUNG v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 04–8947. WALLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8954. RIVERA v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8957. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8958. CANPAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8961. ELSESSER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8963. AYALA-MERCADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8966. BRUZON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8971. GARCIA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8983. MAYO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8993. ESPARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9002. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–9004. MOREJON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.